No. 03–9479. SHORTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9481. BROWN, AKA BRYANT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9486. CRUZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–9487. RAMIREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–9493. PERDOMO ESPANA, AKA DOE, AKA PERDOMO-ESPANA, AKA PERDOMO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9497. HELM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9500. JOYNER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–9502. JUNIOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9505. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9509. PEREZ RUIZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–9511. CASTLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9515. BANKS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–1153. LOUISIANA v. CISCO. Sup. Ct. La. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 03–1170. SHAFFER v. AMADA AMERICA, INC. C. A. 8th Cir. Motion of petitioner for sanctions and for leave to supplement the record denied. Certiorari denied.